Electronically Filed
Intermediate Court of Appeals
30393
27-JUN-2011
08:13 AM

NO. 30393

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CITIBANK N.A. as Trustee of Structured Asset
Mortgage Investments II Trust 2007-AR2 Mortgage
Pass-through Certificates Series 2007-AR2,
Plaintiff-Appellee,

v.

DAYNA S. KAULIA-WEBB, individually and
as Trustee of the KA HILINA O MAKA IRREVOCABLE TRUST,
dated February 23, 2008, Defendant-Appellant,

and

DEBRA M. AYALA, as Trustee of the
KA HILINA O MAKA IRREVOCABLE TRUST,
dated February 23, 2008, et al., Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-0401)


ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Dayna S. Kaulia-Webb (Appellant) filed a notice of appeal on March 17, 2010; (2) on July 19, 2010, the

appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on July 29, 2010 and the opening brief was due on August 28, 2010; (3) Appellant filed the jurisdictional statement, but did not file the opening brief; (4) on September 15, 2010, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on September 22, 2010; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the opening brief or request relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 27, 2011.

Presiding Judge

Associate Judge

Associate Judge